UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-06128-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs. **O R D E R**

ROBERT MARVIN HARRIS,

    Defendant.
_____/

THIS MATTER is before the Court upon the Report And Recommendation Upon Remand (DE 184) filed herein by United States Magistrate Judge Robin S. Rosenbaum and the Eleventh Circuit's Order of Limited Remand (DE 171). No objections have been filed to said Report. The Court has conducted a de novo review of the entire record herein and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report And Recommendation Upon Remand (DE 184) filed herein by United States Magistrate Judge Robin S. Rosenbaum be and the same is hereby approved, adopted and ratified by the Court; and

2. The Court finds that Defendant Robert Marvin Harris delivered his Notice Of Appeal to prison officials for forwarding

to the district court on January 29, 2010.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this       28th       day of September, 2011.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

John Ley, Clerk of the Court
United States Court of Appeals
for the Eleventh Circuit

All Counsel of Record

Robert Marvin Harris, PRO SE
54630-004
POLLOCK
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 2099
POLLOCK, LA 71467
PRO SE